JOHN L. HALLER (SBN: 61392)
SUSAN B. MEYER (SBN: 204931)
LAURIE A. AXFORD (SBN: 163053)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
E-mail: jhaller@gordonrees.com, vcafferky@gordonrees.com
smeyer@gordonrees.com
laxford@gordonrees.com

Attorneys for Plaintiff,
Inova Diagnostics, Inc.,
a California corporation

FILED
08 MAY -9 PM 2:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOVA DIAGNOSTICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EURO-DIAGNOSTICA AB, a corporation of Sweden; AXIS-SHIELD DIAGNOSTICS LTD., a corporation of Scotland; and STICHTING VOOR DE TECHNISCHE WETENSCHAPPEN, an institution of the Netherlands,<br><br>Defendants. | CASE NO. 08 CV 845 H JMA<br><br>**COMPLAINT FOR DECLARATORY RELIEF OF PATENT NONINFRINGEMENT AND INVALIDITY** |

Plaintiff, Inova Diagnostics, Inc. ("Plaintiff"), for its complaint against Defendants, Euro-Diagnostica AB ("Euro-Diagnostica"), Axis-Shield Diagnostics Ltd. ("Axis-Shield") and Stichting Voor de Technische Wetenschappen ("STW"), hereby alleges as follows:

**JURISDICTION**

1.   This is a civil action for declaratory judgment of patent noninfringement and patent invalidity as brought pursuant to 28 USC §§ 2201-2202 and the patent laws of the United States, 35 USC §§ 1, et seq.

-1-

ORIGINAL

COMPLAINT

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 USC § 1331.

3. Venue is proper in this district pursuant to 28 USC § 1391(d).

## PARTIES

4. Plaintiff, Inova Diagnostics, Inc., is a California corporation with its principal place of business in San Diego, California.

5. Plaintiff is informed and believes, and on that basis alleges, that Defendant Euro- Diagnostica AB is a corporation of Sweden with a principal place of business at Medeon, SE-205 12, Malmo, Italy.

6. Plaintiff is informed and believes, and on that basis alleges, that Defendant Axis-Shield Diagnostics Ltd. is a corporation of Scotland with its principal place of business at The Technology Park Dundee DD2 1XA, Scotland.

7. Plaintiff is informed and believes, and on that basis alleges, that Defendant Stichting Voor de Technische Wetenschappen is a Technology Foundation of the Netherlands with its principal place of business at Van Vollenhovenlaan 661, Utrecht, Netherlands.

## COUNT I

**(Declaratory Judgment of Noninfringement and Invalidity of Patent)**

8. Plaintiff conducts research and development, manufacturing and sales in the area of medical diagnostic kits, supplies and equipment, specifically including the product QUANTA Lite CCP3 IgG ELISA ("QUANTA").

9. Plaintiff is informed and believes, and on that basis alleges, that Defendant, STW is an Technology Foundation which funds development of medical diagnostic methodologies, specifically including the methodology identified in U.S. Patent No. 7,335,724 (" '724 patent") entitled "Peptides Immunoreactive With Autoantibodies From Patients Suffering From Rheumatoid Arthritis," issued on February 26, 2008.

10. Plaintiff is informed and believes, and on that basis alleges, that Defendant, STW is the owner of the '724 patent.

-2-

COMPLAINT

11. Plaintiff is informed and believes, and on that basis alleges, that SWT licensed the '724 patent to Axis-Shield.

12. Plaintiff is informed and believes, and on that basis alleges, that SWT licensed the '724 patent to Euro-Diagnostica.

13. Plaintiff Inova received a letter from Axis-Shield dated April 28, 2008, demanding that Inova cease selling its QUANTA product claiming that Inova's QUANTA product infringes the '724 patent.

14. Plaintiff Inova also received a letter from Euro-Diagnostica dated April 29, 2008, demanding that Inova cease selling its QUANTA product claiming that Inova's QUANTA product infringes the '724 patent.

15. Plaintiff is informed and believes and on that basis alleges that Defendant Euro-Diagnostica believes it has the authority from Defendant SWT to make such a demand as licensee of the '724 patent.

16. Plaintiff is informed and believes and on that basis alleges that Defendant Axis-Shield believes it has the authority from Defendant SWT to make such a demand as licensee of the '724 patent.

17. Plaintiff is informed and believes and on that basis alleges that as licensees, neither Euro-Diagnostica nor Axis-Shield has sufficient ownership interest to demand that Inova cease selling its QUANTA product as infringement of the '724 patent.

18. Plaintiff has evaluated the claims of the '724 patent and has concluded that its QUANTA product does not infringe any of the claims of the '724 patent and has notified Defendant Axis-Shield that it does not infringe the '724 patent.

19. Defendant Euro-Diagnostica has sued Plaintiff in Germany for patent infringement based upon German Patent No. DE69737292, which corresponds to the '724 patent.

20. Plaintiff has examined the '724 patent, its file history, and the prior art relating thereto. This examination indicates that the '724 patent fails to comply with the provisions of the United States patent statutes including but not limited to 35 U.S.C. §§

1  102, 103 and 112.

2  21.  In view of the above-referenced cease and desist letters from Defendant Euro-Diagnostica and Defendant Axis-Shield and their claimed authority from their licensor, STW, and the fact that Plaintiff is being sued by Euro-Diagnostica in Germany, Plaintiff has an apprehension of being sued for infringement of the '724 patent.

22.  Plaintiff and Defendants have an actual case or controversy that is appropriate for adjudication by this Court.

23.  Plaintiff alleges that this is an exceptional case and that Plaintiff is entitled to recover from Defendants Plaintiff's attorneys fees and expenses including bringing this declaratory relief action.

## PRAYER

WHEREFORE, PLAINTIFF requests that this court enter a declaratory judgment in its favor and against Defendants:

1.  Declaring that Plaintiff's QUANTA product does not infringe any of the claims of the '724 patent.

2.  Declaring that the '724 patent is invalid.

3.  Declaring that this matter is an exceptional case and awarding Plaintiff its reasonable costs including attorneys fees incurred in bringing this declaratory relief action.

4.  For such other and further relief as the Court determines is just and proper.

Respectively submitted,

Dated: May 9, 2008

GORDON & REES, LLP

By: _____
John L. Haller
Susan B. Meyer
Laurie A. Axford
Attorneys for Plaintiff
Inova Diagnostics, Inc.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

## DEMAND FOR JURY

Plaintiff hereby demands trial of all issues that are triable by a jury.

Dated: May 9, 2008                    GORDON & REES, LLP

By: _____
John L. Haller
Susan B. Meyer
Laurie A. Axford
Attorneys for Plaintiff
Inova Diagnostics, Inc.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

BINDI/1024983/5648305v.1

-5-

COMPLAINT

**JS 44** (Rev. 12/07)                      **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
INOVA DIAGNOSTICS, INC.

### DEFENDANTS
EURO-DIAGNOSTICA AB; AXIS-SHIELD DIAGNOSTICS LTD.; STICHTING VOOR DE TECHNISCHE WETENSCHAPPEN

(b) County of Residence of First Listed Plaintiff: **San Diego, California**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Malmo, Italy**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John L. Haller
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
(619) 696-6700

Attorneys (If Known)

**'08 CV 0845 H JMA**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 1, et seq.

Brief description of cause:
Declatory Relief re Noninfringement and patent validity

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: May 9, 2008
SIGNATURE OF ATTORNEY OF RECORD: John L. Haller

**FOR OFFICE USE ONLY**
RECEIPT # 15969   AMOUNT $350   APPLYING IFP   JUDGE _____ MAG. JUDGE _____
TB 05/09/08

ORIGINAL

American LegalNet, Inc.
FormsWorkflow.com

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     # 150769      - MB

         May 09, 2008
           14:29:46

        Civ Fil Non-Pris
   USAO #.: 08CV0845 CIVIL FILING
   Judge..: MARILYN L HUFF
   Amount.:              $350.00 CK
   Check#.: BC509934


         Total-> $350.00


   FROM: INOVA DIAGNOSTICS INC
         VS EURO-DIAGNOSTICA AB, ET AL
```