```
 1  JOHN L. HALLER (SBN: 61392)
    SUSAN B. MEYER (SBN: 204931)
 2  LAURIE A. AXFORD (SBN: 163053)
    GORDON & REES LLP
 3  101 West Broadway, Suite 1600
    San Diego, CA 92101
 4  Telephone: (619) 696-6700
    Facsimile: (619) 696-7124
 5  E-mail: jhaller@gordonrees.com, vcafferky@gordonrees.com
            smeyer@gordonrees.com
 6          laxford@gordonrees.com
 7  Attorneys for Plaintiff,
    Inova Diagnostics, Inc., a California corporation
```

FILED
08 MAY -9 PM 2:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 0845 H JMA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOVA DIAGNOSTICS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br>EURO-DIAGNOSTICA AB, a corporation of Sweden; AXIS-SHIELD DIAGNOSTICS LTD., a corporation of Scotland; and STICHTING VOOR DE TECHNISCHE WETENSCHAPPEN, an institution of the Netherlands,<br><br>　　　　　　Defendants. | CASE NO.<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST (CivLR 40.2)** |

　　　Pursuant to Civil Local Rule 40.2 of the Southern District of California, Plaintiff INOVA DIAGNOSTICS, INC., a California corporation, hereby identifies the following parties with a direct financial interest in the outcome of this case:

　　　Werfen Life Group, S.A., a corporation of Spain.

Dated: May 9, 2008　　　　　　　　　　GORDON & REES, LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　John L. Haller
　　　　　　　　　　　　　　　　　　　　Susan B. Meyer
　　　　　　　　　　　　　　　　　　　　Laurie A. Axford
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Inova Diagnostics, Inc.

**ORIGINAL**

-1-
NOTICE OF PARTIES WITH FINANCIAL INTEREST (CivLR 40.2)

//5655664v.1