# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -9 PM 2:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

INOVA DIAGNOSTICS, INC., a California corporation,

            Plaintiff,

vs

EURO-DIAGNOSTICA AB, a corporation of Sweden; AXIS-SHIELD DIAGNOSTICS LTD, a corporation of Scotland; and STICHTING VOOR DE TECHNISCHE WETENSCHAPPEN, an institution of the Netherlands,

            Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0845 H JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   John L. Haller (SBN 61392)
   Gordon & Rees LLP
   101 West Broadway, Suite 1600
   San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 09 2008

W. Samuel Hamrick, Jr.
_____
CLERK

By J. PARIS, Deputy Clerk

DATE